So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J. 9/4/2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILAN TAVOR, on behalf of himself and all others similarly situated,

                      Plaintiff,

    v.

ANDREW F. TROIA d/b/a TROIA & ASSOCIATES; and JOHN DOES 1-25,

                      Defendants.
------------------------------------------------------------X

Case No.: 1:23-cv-07724

**STIPULATION OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice and without costs to any party as against the other. An executed copy of this stipulation shall be deemed the same as a signed original. This stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

_____
Benjamin J. Wolf, Esq.
JONES, WOLF & KAPASI, LLC
Attorneys for Plaintiff
630 Third Avenue, 18th Floor
New York, New York 10017
(646) 459-7971

Dated: _____September 23, 2024_____

_____
William T. McCaffery, Esq.
L'ABBATE, BALKAN, COLAVITA
 & CONTINI, L.L.P.
Attorneys for Defendant
3 Huntington Quadrangle, Suite 102S
Melville, New York 11747
(516) 294-8844

Dated: __9/23/24__